# INTERMEDIATE COURT OF APPEALS OF HAWAI‘I

### January 19, 2012

| | | |
|---|---|---|
| 30461 | State v. Mattos | Affirmed |

### January 23, 2012

| | | |
|---|---|---|
| CAAP-10-00 00015 | State v. Martinez | Affirmed |

### January 25, 2012

| | | |
|---|---|---|
| 30712 | State v. Moisa | Affirmed |

### January 26, 2012

| | | |
|---|---|---|
| CAAP-11-00 00017 | Lii v. State | Affirmed |

### January 30, 2012

| | | |
|---|---|---|
| 30702 | State v. Cui | Vacated and Remanded |
| 30396 | State v. Yamamoto | Vacated and Remanded |

### February 10, 2012

| | | |
|---|---|---|
| 28598 | Stewart v. State Farm Mut. Auto. Co. | Affirmed |

### February 13, 2012

| | | |
|---|---|---|
| 30602 | Alott-Rodgers v. State, Dept. of Educ. | Affirmed |
| CAAP-10-00 00048 | State v. Mitchell | Affirmed in Part and Vacated in Part |

### February 14, 2012

| | | |
|---|---|---|
| CAAP-11-00 00073 | State v. Levell | Affirmed |
| 30589 | Winfrey v. GGP Ala Moana LLC | Affirmed |